**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00381-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERMAN MANRIQUEZ-CABRERA,
   a/k/a Ferman Cabrera Manriquez,
   a/k/a Fermin Manriquez Cabrera,
   a/k/a Fernando Clea Olozagaste,
   a/k/a Jose Florez,
   a/k/a Jose Manriquez-Florez,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND
ORDER TO CALL TO SET CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 12) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for October 16, 2009 and the three-day jury trial set to commence on November 2, 2009 are hereby VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than October 13, 2009 to set this matter for a Change of Plea Hearing.

DATED: October __7__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge