## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00381-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERMAN MANRIQUEZ-CABRERA,
    a/k/a Ferman Cabrera Manriquez,
    a/k/a Fermin Manriquez Cabrera,
    a/k/a Fernando Clea Olozagaste,
    a/k/a Jose Florez,
    a/k/a Jose Manriquez-Florez,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    This matter is before the Court *sua sponte*. Because a conflict has arisen on this Court's docket, the Change of Plea hearing set for December 3, 2009 is VACATED and RESET to **Tuesday, December 8, 2009 at 1:00 p.m.** in Courtroom A602 of the Arraj Courthouse.

    DATED:  December 1, 2009